# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TIANNA MARTINE DOXY, <br><br> Defendant. | Case No. 15-CR-55-JPS <br><br> **ORDER** |

On May 15, 2017, the defendant filed a motion requesting early termination of her supervised release. (Docket #3). The Court may terminate supervised release after one year of supervision "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). The defendant began her supervision in 2014, so termination is permissible at this time. *See* (Docket #5 at 1). She is scheduled to be discharged from supervised release on April 3, 2019. *Id.*

The probation office reports that although the defendant has been stable in the community with respect to her residence and employment status while on supervised release, she has committed violations of the terms of her supervised release, including leaving the district without permission and voting in the 2016 presidential election. *Id.* at 1-2. Both the probation office and the United States Attorney's office oppose the defendant's request for early termination of her supervised release. *Id.* at 3. In light of her violations while on supervised release, the Court is obliged to deny the defendant's motion.

Accordingly,

**IT IS ORDERED** that the defendant's motion for early termination of supervised release (Docket #3) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 16th day of June, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge